# **EXHIBIT B**

# Elizabeth D. Foster

**From:** David McGrath
**Sent:** Wednesday, February 16, 2011 4:46 PM
**To:** Mark E. Howard
**Subject:** Galuten

Mark,

Did the discovery responses go out yesterday?

Thank you,

David

---

**David W. McGrath, Esq.**
**Sheehan Phinney Bass + Green, P.A.**
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8255
FAX: (603) 641-2349
dmcgrath@sheehan.com

SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION


ATTORNEYS AT LAW

MANCHESTER
1000 ELM STREET
MANCHESTER, NH
03101
T 603 668-0300
F 603 627-8121

CONCORD
TWO EAGLE SQUARE
CONCORD, NH
03301
T 603 223-2020
F 603 224-8899

HANOVER
2 MAPLE STREET
HANOVER, NH
03755
T 603 643-9070
F 603 643-3679

BOSTON
255 STATE STREET
BOSTON, MA
02109
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

Writer's Direct Dial:
(603) 627-8255
dmcgrath@sheehan.com

*VIA FAX & 1ST CLASS MAIL*
February 17, 2011

Mark E. Howard, Esquire
Howard & Ruoff, PLLC
1850 Elm Street
Manchester, NH 03104

Re: **Alvin B. Galuten, MD, PSC v. Medicus Radiology Staffing, PLLC**
**No. 10-cv-155-SM**

Dear Mark:

  Please advise when I may expect the overdue discovery responses that you indicated would be sent Tuesday. Also, I have requested several times dates when I could depose Dr. Galuten. I would like to do that very soon. With respect to the court scheduling, I am reviewing that and will get back to you shortly.

Sincerely,

David W. McGrath