# **EXHIBIT B**

UNITSTATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

NO. 1:10-CV-156-SM

* * * * * * * * * * * * * * * * *
ALVIN B. GALUTEN, MD, PSC         *
                                  *
    vs.                           *
                                  *
MEDICUS RADIOLOGY STAFFING, LLC   *
                                  *
* * * * * * * * * * * * * * * * *

DEPOSITION OF ABBOTT GRANT SMITH

Deposition taken at the law offices of Sheehan, Phinney, Bass + Green, 1000 Elm Street, Manchester, New Hampshire, on Friday, April 8, 2011, commencing at 2:13 p.m.

Court Reporter:

Denise Cascio Bolduc, LCR, RPR
NH Licensed Court Reporter No. 32
(RSA 310-A:161-181)

Page 30

1  discussing any other topics.
2  Q. BY MR. HOWARD: Do you recall, Mr. Smith, if after
3  the conversation on or about the 14th if you had
4  any other telephone conversations with Dr. Galuten?
5  A. I don't believe I did.
6  Q. And based on your earlier testimony, is it fair for
7  me to conclude that you didn't have any telephone
8  conversations with him prior to the 14th? If I
9  didn't say telephone conversations, I meant to.
10  We've already covered in-person conversations.
11  A. I can't think of a specific additional time that I
12  had a phone conversation with Dr. Galuten, but I'm
13  not a hundred percent sure.
14  Q. All right. Do you recall if you personally had any
15  email communication with Dr. Galuten?
16  A. I don't recall.
17  Q. Based on the email that's in Exhibit 15, it
18  suggests in there that Dr. Galuten's last day of
19  service prior to taking the time off would be
20  May 20.
21      Do you see that there?
22      MR. McGRATH: Objection. Time off.
23  Q. That his last day of service would be May 20,

Page 31

1  correct?
2  A. Correct.
3  Q. All right. After May 20, do you recall having any
4  conversations with anybody about Dr. Galuten
5  requesting to return to the assignment?
6  A. I do.
7  Q. And, first, with whom did you have this
8  conversation?
9  A. Zac Rizzo.
10  Q. Do you recall if you discussed Dr. Galuten's
11  potential return with anybody else?
12  A. Me personally, no.
13  Q. Okay. My question was whether you recalled having
14  any conversations with anybody else. I want to
15  make sure I understand your answer.
16      You don't recall you having any other
17  conversations with anybody else?
18  A. Correct.
19  Q. Do you understand that other conversations occurred
20  among other people?
21  A. I believe they did.
22  Q. What do you understand were the conversations among
23  others?

Page 32

1  A. Whether or not it was acceptable to have
2  Dr. Galuten return.
3  Q. And do you know who was having that conversation?
4  A. I would only be speculating if I . . .
5  Q. Okay. Do you know if anybody from Medicus spoke
6  with the hospital about whether they wanted him to
7  return, whether the hospital wanted him to return?
8  A. It's my understanding that there was a conversation
9  between a Medicus representative and the hospital
10  about whether or not they wanted Dr. Galuten to
11  return.
12  Q. Do you know who the Medicus representative was?
13  A. I don't.
14  Q. Do you know who the hospital representative was?
15  A. I don't.
16  Q. What were you told was the result of that
17  conversation?
18  A. That they did not want Dr. Galuten to return.
19  Q. All right. Were you told why the hospital didn't
20  want him to return?
21  A. Multiple issues. The first being the way that he
22  had treated a hotel clerk at a hotel that the
23  hospital had a business relationship with where

Page 33

1  they allowed other physicians to stay while
2  covering at the hospital and that he had insulted
3  that clerk. He had called 911 and requested a ride
4  to the hospital. And he had made unreasonable
5  requests of the hotel staff and that he was no
6  longer allowed to return to that hotel.
7      That after some analysis, the amount of
8  work that Dr. Galuten was completing relative to
9  the amount of hours that he was working was subpar
10  to what the traditional expectations are for a
11  radiologist.
12  Q. Can you think of any other issues? I'm sorry. I
13  was waiting for you to say more. You had said
14  there were multiple issues. You've identified
15  issues relating to the hotel, and you just
16  mentioned the volume of work he was completing
17  relative to the hours that he was reporting
18  seemed -- was subpar for radiologists.
19  A. Correct.
20  Q. Can you think of any other issues that the hotel
21  identified as to why they didn't want him back?
22      MR. McGRATH: You mean the hospital?
23      MR. HOWARD: I do mean the hospital.

Page 54

1  A. Correct.
2     MR. HOWARD: Objection. Go ahead.
3  Q. Well, maybe I'm confused.
4     Explain what you understood was the
5     substance of your conversation with Dr. Galuten on
6     the 14th to the best that you're able to recall.
7  A. I was very clear with Dr. Galuten that if he
8     couldn't give us a date to return, that his -- we
9     would not be able to continue to use him in the
10    schedule and to provide coverage and that his
11    contract was terminated. I made the decision not
12    to allow Dr. Galuten back into the schedule on or
13    around that date.
14 Q. Before you tell me about -- I think you were going
15    to tell me about the reasons for that, but before
16    you do, when you talk about letting him back into
17    the schedule, what does that mean?
18 A. That means that Dr. Galuten would contract with us
19    to provide new dates of coverage.
20 Q. Okay. So there would be a new Schedule A, for
21    example?
22 A. There would be a new Schedule A.
23 Q. And that's what you were testifying to a few

Page 55

1     minutes ago when Attorney Howard was asking you?
2  A. Yes.
3  Q. Okay. So you were -- you were about, I think, to
4     tell us the reasons why you decided not to enter
5     into a new Schedule A with Dr. Galuten.
6     What were the reasons for that?
7  A. The primary reason was his lack of ability to
8     commit to a return date and our responsibility to
9     cover 100 percent of the schedule.
10    In addition to that, it was the issues
11    that I had mentioned earlier: His behavior at the
12    hotel, his assumption it was okay to work those
13    hours of overtime without preapproval, calling 911
14    to give him a ride to the hospital. Those issues,
15    in conjunction with "I can't tell you when I'm
16    going to return to work" helped me decide that we
17    were not going to sign a new Schedule A with
18    Dr. Galuten.
19 Q. Thank you. I have nothing further.
20             EXAMINATION
21 Q. BY MR. HOWARD: I need to follow up.
22    You are certain in your mind you knew
23    about the hotel incident when you talked to him on

Page 56

1     May 14?
2  A. I'm certain that when I had the conversation with
3     him on May 14, that was one of the issues that we
4     had experienced with Dr. Galuten that had created
5     concerns for me in having him return to that
6     hospital.
7  Q. Okay. So it was on your mind when you were having
8     the conversation on May 14? You knew about the
9     hospital incident at that time? The hotel
10    incident. Excuse me.
11 A. I just know that it was a part of why I made the
12    decision not to allow him to return.
13 Q. Well, I thought you had explained to me before that
14    that was based on conversations you had in early
15    June with Nicole, Zac, or Patrick?
16    MR. McGRATH: Objection.
17 A. I'll restate my position: Dr. Galuten -- we were
18    not going to sign a new Schedule A, a new contract,
19    with Dr. Galuten. He was in breach of the one that
20    we had in place. He was contracted to cover -- I'm
21    not sure -- 16 weeks. He covered three, and then
22    given us notice that he could not tell us when he
23    would be able to return.

Page 57

1     I remember making a decision that we were
2     not going to sign a new contract with Dr. Galuten.
3     There were multiple factors that weighed into that
4     decision. The primary one being no specific date
5     of return.
6     The other issues weighed in my decision
7     either at that point in time in May or when
8     Dr. Galuten notified us that he wanted to return.
9  Q. One of the issues that you just articulated in
10    response to Attorney McGrath's question was the
11    amount of overtime that he was doing without
12    preapproval.
13    You would agree with me, first of all,
14    that you had not identified that prior to Attorney
15    McGrath's question in response to any of the
16    questions that I asked you?
17 A. I believe we discussed overtime previously as being
18    one of the issues.
19 Q. What you said to me before was the volume of work
20    he was concluding in relation to the amount of
21    overtime.
22 A. Correct.
23 Q. And now you seem to be saying an issue is the