UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Alvin B. Galuten

       v.                       Civil No. 10-cv-155-SM

Medicus Radiology Staffing, LLC

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

June 17, 2011

                                            Steven J. McAuliffe
                                            Chief Judge

cc:    Mark Howard, Esq.
        David McGrath, Esq.